## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| TRACY NORMAN HANSON, ID #02132020, Petitioner, | )<br>)<br>) |
| vs. | ) No. 3:18-CV-1071-C-BK |
| DIRECTOR TDCJ–CID, Respondent. | )<br>)<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this action will be summarily dismissed without prejudice for lack of jurisdiction.

SIGNED this 30th day of May, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE